THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v KENYATTA JAMES, Also Known as NATE BEANDER, Respondent.

Decided February 11, 2016

Appeal dismissed, by the Court of Appeals, sua sponte, upon the ground that the reversal by the Appellate Division was not on the law alone or upon the law and such facts which, but for the determination of law, would not have led to reversal (CPL 450.90 [2] [a]).

Judge GARCIA taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL PONDEXTER, Appellant.

Submitted February 1, 2016; decided February 11, 2016

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

Judge GARCIA taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICARDO RICKETTS, Appellant.

Submitted January 25, 2016; decided February 11, 2016

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 111 John Street, 9th Floor, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

Judge GARCIA taking no part.